### DAVID UTTERSON v. W. F. CONRAD, Judge.

**Intoxicating Liquors:** VIOLATION OF INJUNCTION: FINE: CONSTITU-
TIONAL LAW.

*Certiorari to Polk District Court.*

TUESDAY, JUNE 2, 1891.

CERTIORARI to the district court of Polk county to review the legality of the action of that court in judging the petitioner guilty of contempt in violating an injunction, and in entering a judgment that he pay a fine of five hundred dollars and costs, and that he be imprisoned in the jail of the county for one hundred and fifty days, unless the fine be paid.

*W. S. Sickman*, for petitioner.

GIVEN, J.—The only question presented is the constitutionality of section 1543 of the Code as amended by section 12, chapter 143, of the Acts of the Twentieth General Assembly. It is contended that the law, so far as it provides a fine of five hundred dollars and imprisonment, is unconstitutional. This precise question was settled in *Jordan v. Circuit Court of Wapello County*, 69 Iowa, 177, and has been uniformly followed since. We think the action of the district court was in all respects within its jurisdiction, and legal, and the judgment is, therefore, affirmed, and the plaintiff's petition DISMISSED.